Adam E. Hauf
The Law Office of Adam Hauf
4225 W Glendale, Ste A104
Phoenix, Arizona 85051
P: 623.252.0742 F: 623.321.2310
admin@hauflaw.com
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**KATHIE MARIE WENK**<br><br>Debtor. | In Chapter 7 Proceedings<br><br>Case No.: 2:16-bk-14750-BKM<br><br>**CERTIFICATE OF SERVICE AND OF NO OBJECTION REGARDING:**<br>**1) NOTICE OF STIPULATED MOTION TO CONVERT FROM A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13 (11 U.S.C. §706(a));**<br>**2) MOTION TO CONVERT FROM A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13 (11 U.S.C. §706(a))** |

Debtor Kathie Marie Wenk, by and through counsel, hereby certifies her April 6, 2017, service via first-class mail, postage prepaid, of her *NOTICE OF STIPULATED MOTION TO CONVERT FROM A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13 (11 U.S.C. §706(a))* (filed April 6, 2017, DE 24), of her *MOTION TO CONVERT FROM A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13 (11 U.S.C. §706(a))* (filed April 5, 2017, DE 21) upon The United States Trustee's Office and upon the Debtor's master mailing list, a copy of which is attached hereto as Exhibit "A." As of May 12, 2017, Debtor certifies

1 | that she has not received any objection to the relief sought, and that her case docket does not
2 | reflect any filed objections.

DATED this 12th day of May, 2017.

By: /s/ Adam E. Hauf
Adam E. Hauf, Esq., (026702)
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:16-bk-14570-MCW<br>District of Arizona<br>Phoenix<br>Wed Apr  5 14:55:21 MST 2017 | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-0608 | Amex<br>Correspondence<br>Po Box 981540<br>El Paso TX 79998-1540 |
| Amex<br>P.o. Box 981537<br>El Paso TX 79998-1537 | Arizona Department of Revenue<br>PO Box 29070<br>Phoenix AZ 85038-9070 | Bank Of The West<br>2527 Camino Ramon<br>San Ramon CA 94583-4213 |
| Bank Of The West<br>Consumer Product Servicing<br>Omaha NE 68154 | Century 21 Northwest Realty<br>6630 W Catcus Rd #B-113<br>Glendale AZ 85304-1662 | Chase<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmingotn DE 19850-5298 |
| Chase<br>Po Box 24696<br>Columbus OH 43224-0696 | Chase Card<br>Attn: Correspondence<br>Po Box 15298<br>Wilmington DE 19850-5298 | Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 |
| Comenity Bank/Lane Bryant<br>450 Winks Ln<br>Bensalem PA 19020-5932 | Comenity Bank/Lane Bryant<br>Po Box 182125<br>Columbus OH 43218-2125 | Comenity Bank/Lane Bryant<br>Po Box 182789<br>Columbus OH 43218-2789 |
| Comenity Bank/Talbots<br>Po Box 182125<br>Columbus OH 43218-2125 | Comenity Bank/Talbots<br>Po Box 182789<br>Columbus OH 43218-2789 | Deer Valley Credit Uni<br>16215 N 28th Ave<br>Phoenix AZ 85053-3040 |
| Equifax<br>PO Box 740241<br>Atlanta GA 30374-0241 | Experian<br>PO Box 4500<br>Allen TX 75013-1311 | Fed Loan Sevicing<br>Po Box 69184<br>Harrisburg PA 17106-9184 |
| Fed Loan Sevicing<br>Pob 60610<br>Harrisburg PA 17106-0610 | Fed Loan Srvcg<br>Po Box 69184<br>Harrisburg PA 17106-9184 | Fed Loan Srvcg<br>Pob 60610<br>Harrisburg PA 17106-0610 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ford Motor Credit<br>Po Box Box 542000<br>Omaha NE 68154-8000 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| Kay Jewelers/Sterling Jewelers Inc.<br>375 Ghent Rd<br>Fairlawn OH 44333-4601 | Kay Jewelers/Sterling Jewelers Inc.<br>Sterling Jewelers<br>Po Box 1799<br>Akron OH 44309-1799 | Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051-5660 |

| | | |
|---|---|---|
| Kohls/Capital One<br>Po Box 3120<br>Milwaukee WI 53201-3120 | Mayo Clinic<br>13400 East Shea Blvd<br>Scottsdale AZ 85259-5499 | Nordstrom/td<br>13531 E Caley Ave<br>Englewood CO 80111-6505 |
| Synchrony Bank<br>C/o Po Box 965036<br>Orlando FL 32896-0001 | Synchrony Bank<br>Po Box 965064<br>Orlando FL 32896-5064 | Synchrony Bank/Care Credit<br>950 Forrer Blvd<br>Kettering OH 45420-1469 |
| Synchrony Bank/Care Credit<br>Po Box 965064<br>Orlando FL 32896-5064 | Synchrony Bank/Mervyns<br>Po Box 965005<br>Orlando FL 32896-5005 | Synchrony Bank/Mervyns<br>Po Box 965064<br>Orlando FL 32896-5064 |
| Synchrony Bank/Old Navy<br>Po Box 965005<br>Orlando FL 32896-5005 | Synchrony Bank/Old Navy<br>Po Box 965064<br>Orlando FL 32896-5064 | Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis MN 55440-9475 |
| Target<br>Po Box 673<br>Minneapolis MN 55440-0673 | TransUnion<br>PO Box 505<br>Woodlyn PA 19094-0505 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| Visa Dept Store National Bank<br>9111 Duke Blvd<br>Mason OH 45040-8999 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason OH 45040-8053 | Wells Fargo<br>P.O. Box 10335<br>Des Moines IA 50306-0335 |
| Wells Fargo<br>Po Box 14517<br>Des Moines IA 50306-3517 | Wells Fargo Auto Finance<br>Attn: Bankruptcy<br>Po Box 29704<br>Phoenix AZ 85038-9704 | Wells Fargo Auto Finance<br>Po Box 29704<br>Phoenix AZ 85038-9704 |
| Wells Fargo Bank<br>420 Montgomery St<br>San Francisco CA 94104-1298 | Wells Fargo Bank<br>Po Box 94435<br>Albuquerque NM 87199-4435 | Wells Fargo Home Mor<br>7255 Baymeadows Way<br>Des Moines IA 50306 |
| Wells Fargo Home Mor<br>Written Correspondence Resolutions<br>Mac#2302-04e  Pob 10335<br>Des Moines IA 50306 | Wells Fargo Home Projects Visa<br>Po Box 94498<br>Las Vegas NV 89193-4498 | Wells Fargo Home Projects Visa<br>Written Correspondence Resolutions<br>Mac#X2302-04c Po Box 10335<br>Des Moines IA 50306-0335 |
| Wffnb Retail Srvs/Mattress Firm<br>Cscl Dispute Team N8235-04m<br>Des Moines IA 50306 | Wffnb Retail Srvs/Mattress Firm<br>Wffnb Card Services<br>Po Box 51193<br>Las Vegas NV 89193 | ADAM E. HAUF<br>HAUF LAW, PLC.<br>4225 W GLENDALE AVENUE<br>SUITE A-104<br>PHOENIX, AZ 85051-8147 |

| | |
|---|---|
| CONSTANTINO FLORES<br>PO BOX 511<br>PHOENIX, AZ 85001-0511 | Kathie Marie Wenk<br>3739 EAST POINSETTIA DRIVE<br>Phoenix, AZ 85028-1445 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs CO 80962 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | 61<br>0<br>61 |